## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR12 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| WALTER LOPEZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Jessica P. Douglas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Walter Lopez (Lopez) (Filing No. 27). Ms. Douglas represents she recently determined she has a conflict of interest in the representation of Lopez. Ms. Douglas's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 27) is granted.

John D. McDermott, 9364 Decatur Plaza, Omaha, NE 68114, (402) 398-1833, is appointed to represent Lopez for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Douglas shall forthwith provide Mr. McDermott with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Douglas which are material to Lopez's defense.

The clerk shall provide a copy of this order to Mr. McDermott, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 7th day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge